PROB 12C
(3/22) SWPA

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Petition for Warrant or Summons for Person Under Supervision

| | |
|---|---|
| Name of Person under Supervision: Michael Mancuso | Case Number: 1:05-cr-00060-NGG-8 |

Name of Sentencing Judicial Officer:   The Honorable Nicholas G. Garaufis, U.S. District Court Judge

Date of Original Sentence:   December 16, 2018

Original Offense:   Conspiracy to Commit Murder in Aid of Racketeering in violation of 18 U.S.C. 1959(a)(5)    (Class C Felony)
Illegal Gambling in violation of 18 U.S.C. 1955
(Class D Felony)

Original Sentence:   One hundred twenty (120) months custody on Count 1 of the superseding Information and sixty (60) months custody on Count 2 of the superseding Information to run consecutively followed by three (3) years total of supervised release with the following special conditions: 1) No possession of a firearm or destructive device; 2) no contact with members of organized crime; and 3) a search condition.

Type of Supervision:   Supervised Release        Date Supervision Commenced:   March 11, 2019

| | |
|---|---|
| Assistant U.S. Attorney<br>Michael Wallace Gibaldi<br>DOJ-USAO<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>718-254-6067<br>Fax: 718-254-6481<br>Email: michael.gibaldi@usdoj.gov | Defense Counsel<br>John W. Mitchell<br>Law Offices of John W. Mitchell<br>443 Greenwich Street, Suite 6e<br>New York, NY 10013<br>(212)696-9500<br>Fax: (212)344-5412<br>Email: jwmlaw@cs.com |

## PETITIONING THE COURT

☐ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☑ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Case 1:05-cr-00060-NGG   Document 1513   Filed 03/09/22   Page 2 of 2 PageID #: 21877

*PROB 12C - Petition for Warrant or Summons for Person Under Supervision*  Page 2
*Michael Mancuso*                    *PACTS:49718*                    *Case Number: 1:05-cr-00060-NGG-8*

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Association with members of organized crime |

U.S. Probation Officer Recommendation:

☑ The term of supervision should be revoked

I declare under penalty that the foregoing is true and correct.

_____
Ryan Lehr
U.S. Probation Officer
Date: March 9, 2022

Approved by,

_____
Petra DeHaan
Supervisory U.S. Probation Officer
Date: March 9, 2022

**THE COURT ORDERS:**

☐ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☑ The Issuance of a Summons.
☐ Other

**UPON EXECUTION OF THE WARRANT OR SUMMONS:**

☐ Person under supervision is ordered brought before District Judge forthwith.
☑ Initial appearance, arraignment on Violation Of Supervised Release charges, and detention hearing before Magistrate Judge

s/Nicholas G. Garaufis
_____
Signature of Judicial Officer

3/8/22
_____
Date