

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG
F. #2005R00060

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2023

<u>By Email and ECF</u>

Stacey Richman, Esq.
Email: srichmanlaw@msn.com

> Re:  United States v. Michael Mancuso
> <u>Criminal Docket No. 05-060 (NGG)</u>

Dear Counsel:

      The government is producing to you through USAfx the government's exhibits in connection with the upcoming hearing in the above-referenced case. Government Exhibits 56, 56-T, 57, 57-T, 58, and 58-T are designated as "PROTECTED WITNESS DISCOVERY MATERIAL" pursuant to the Protective Order entered by the Court on March 22, 2022, ECF No. 1522 (the "Protective Order"), and must be handled as provided in the Protective Order.

      The government reserves the right to disclose additional exhibits and to revise the materials enclosed herein.

Very truly yours,

BREON PEACE
United States Attorney

By:  <u>/s/ *Michael W. Gibaldi*</u>
James P. McDonald
Michael W. Gibaldi
Assistant U.S. Attorneys
(718) 254-6376/6067

cc:  Clerk of the Court (NGG) (by ECF)