

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

September 18, 2023

Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

                             RE: United States v. Michael Mancuso
                             Docket No. 05-CR-060 (NGG)
                             <u>Request for Release of Property</u>
                             <u>Clarification of Sentence</u>
                             <u>Status of Detention</u>

Your Honor:

       Mr. Mancuso surrendered as directed. A satisfaction of judgement had been prepared with regard to the property supporting his bail. See, ECF nos. 1532, 1533 (substituted property). The satisfaction was forwarded to the Government by email of August 24, 2023. The defense would like the Court to direct the Government to execute the satisfaction as all conditions have been met.

       Mr. Mancuso was sentenced to eleven months to be followed by three years of supervised release in satisfaction of the VOSR. See, ECF no. 1557. We respectfully perceive per 18 U.S.C. 3583(h),[1] that the three years of supervised release is diminished by the amount of sentenced time. Thus, the sentence would be eleven months, with the remaining time on supervised release, that being two years and one month. The Government is in accord with the defense perception as per our emails of August 24 and 28, 2023. So that the issues are fresh, and we do not have to revisit this matter, later we seek that there be a correction issued.

---

[1] "(h)SUPERVISED RELEASE FOLLOWING REVOCATION.—

When a term of supervised release is revoked and the defendant is required to serve a term of imprisonment, the court may include a requirement that the defendant be placed on a term of supervised release after imprisonment. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment that was imposed upon revocation of supervised release."

**THE LAW OFFICES OF**
# Richman Hill & Associates PLLC

Finally, counsel is seeking an understanding of the facility's limitations, however to date Mr. Mancuso has not been able to communicate with family or counsel. He is apparently on lockdown due to limited bedspace. I await further information and will keep the Court posted. I am informed that the facility is months behind and that he may remain onerously in lock down for up to two months. I do not perceive that this aspect of condition was anticipated by the Government or the Court.

Most respectfully,

Stacey Richman

cc: AUSA Michael Gibaldi
    AUSA James P. McDonald